NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AUDREY LAWRENCE,                          )
                                          )
            Appellant,                    )
                                          )
v.                                        )          Case No. 2D17-2048
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
                                          )
_____)

Opinion filed April 20, 2018.

Appeal from the Circuit Court for Manatee
County; Deno G. Economou, Judge.

Rachael E. Bushey of O'Brien Hatfield, P.A.,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, VILLANTI, and BLACK, JJ., Concur.